ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREG CAMPBELL,<br><br>Defendant. | CASE NO. 2:25-CR-252 TLN<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 6, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant pleaded guilty to the Information on December 4, 2025.

2. By previous order, this matter was set for status conference regarding judgement and sentencing on August 6, 2026.

///

///

///

///

///

3. By this stipulation, defendant now moves to continue the status conference until October 1, 2026. The government has no objection to the continuance.

IT IS SO STIPULATED.

Dated: August 3, 2026

ERIC GRANT
United States Attorney

/s/ KATHERINE T. LYDON
KATHERINE T. LYDON
Assistant United States Attorney

Dated: August 3, 2026

/s/ TODD PICKLES
TODD PICKLES
Counsel for Defendant
GREG CAMPBELL

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this ____ day of ___________, _____.

THE HONORABLE Troy L. Nunley
CHIEF UNITED STATES DISTRICT JUDGE