ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
KATHERINE T. LYDON
MATTHEW THUESEN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-252 TLN |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGEMENT AND SENTENCING; FINDINGS AND ORDER |
| v. | |
| GREG CAMPBELL, | DATE: August 6, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    Defendant pleaded guilty to the Information on December 4, 2025.

2.    By previous order, this matter was set for status conference regarding judgement and sentencing on August 6, 2026.

///

///

///

///

///

STIPULATION AND ORDER REGARDING CONTINUANCE                    1

3.    By this stipulation, defendant now moves to continue the status conference until October 1, 2026, at 9:30 a.m.  The government has no objection to the continuance.

IT IS SO STIPULATED.


Dated:  August 3, 2026                                    ERIC GRANT
                                                         United States Attorney


                                                         /s/ KATHERINE T. LYDON
                                                         KATHERINE T. LYDON
                                                         Assistant United States Attorney


Dated:  August 3, 2026                                    /s/ TODD PICKLES
                                                         TODD PICKLES
                                                         Counsel for Defendant
                                                         GREG CAMPBELL


### ORDER

IT IS SO FOUND AND ORDERED this 4th day of August, 2026.


_____
Troy L. Nunley
Chief United States District Judge


STIPULATION AND ORDER REGARDING CONTINUANCE              2